| | |
|---|---|
| Combined Court, Kit Carson County, Colorado<br>Court Address:<br>251 16th Street, Suite 301<br>Burlington, CO 80807<br>Telephone: (719) 346-5524 | DATE FILED: February 8, 2017 11:48 AM<br>FILING ID: 494C1B5FD60AB<br>CASE NUMBER: 2017CV30006 |
| Plaintiff(s):<br>Eastern Colorado Seeds, LLC<br><br>v.<br><br>Defendant(s):<br>Milestone Seed, Inc. | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney:<br>Cure & Bain, P.C.<br>Joseph B. Bain, #46088<br>Attorney for Plaintiff<br>P.O. Box 370<br>Burlington, CO 80807<br>Phone Number: 719-346-7080<br>FAX Number: 719-387-7577<br>E-mail: jbain@curelaw.com | Case Number: 2017CV<br>Division:<br>Courtroom: |
| **COMPLAINT** | |

Plaintiff, Eastern Colorado Seeds, LLC, referred to herein as "Plaintiff", for its Complaint, states as follows:

The Parties

1.    Plaintiff, Eastern Colorado Seeds, LLC, is a Colorado limited liability company in good standing with a principal office located at 47500 U.S. Highway 24, Burlington, CO 80807.

2.    Upon information and belief, Defendant Milestone Seed, Inc., referred to herein as "Defendant", is a Montana corporation with a principal/registered office located at 315 White Start Circle, Billings, MT 59105.

## Jurisdiction and Venue

3. This Court has personal jurisdiction over Defendant. Defendant consented and/or agreed to personal jurisdiction in Colorado. Defendant transacted business in Colorado and the causes of action herein arose from such transaction of business.

4. This Court has jurisdiction over the subject matter at issue because this is a civil action for damages. Colo. Const. Art. VI, Section 9(1).

5. Venue in this Court is proper pursuant to C.R.C.P. 98(c)(1) and (2).

## General Allegations

6. At the request of and per agreement with Defendant, Plaintiff supplied various seeds to Defendant in or about the May 2016 time period (hereinafter referred to as "the subject seeds").

7. At the time of contracting with Plaintiff to provide the subject seeds, Defendant represented to Plaintiff that it would pay Plaintiff for the provision of the subject seeds and Defendant agreed to make timely payment for such seeds.

8. Plaintiff duly and adequately provided the subject seeds and duly invoiced Defendant accordingly.

9. Despite Defendant's representations, agreements, and obligations to do so, and despite Plaintiff's adequate provision of the subject seeds, and despite Plaintiff's demands for payment, Defendant has failed to pay Plaintiff for such seeds.

10. As of January 31, 2017, Defendant owes Plaintiff $131,024.38. Defendant has acknowledged owing Plaintiff for the subject seeds, but has failed and refused to make payment.

11. Defendant's conduct has directly and proximately caused damages to Plaintiff in the $131,024.38 amount owed to Plaintiff, plus additional prejudgment interest, any postjudgment interest, attorney fees, and costs.

## First Claim For Relief – Breach of Contract

12. Plaintiff incorporates the foregoing allegations, as if fully set forth here, by this reference.

13. Plaintiff and Defendant contracted and agreed in 2016 that Plaintiff would provide the subject seeds for the benefit of Defendant, and Defendant would adequately and timely compensate Plaintiff for same.

14. Defendant has breached their contract(s) and agreement(s) by failing to adequately compensate Plaintiff and make payment for the subject seeds.

15. Plaintiff has adequately provided the subject seeds and performed all duties that were required and not excused at the time of Defendant's breaches.

16. As a direct and foreseeable result of Defendant's breach of contract, Plaintiff has suffered direct and consequential damages in an amount to be proven at trial. Plaintiff's damages include, but are not necessarily limited to, the $131,024.38 amount owed to Plaintiff, plus additional prejudgment interest, any postjudgment interest, attorney fees, and costs.

## Second Claim for Relief – Unjust Enrichment

17. Plaintiff incorporates the foregoing allegations, as if fully set forth here, by this reference.

18. Plaintiff adequately provided the subject seeds conferring a benefit upon the Defendant.

19. Plaintiff provided the subject seeds with a reasonable expectation that Plaintiff would be paid for providing such seeds. Plaintiff's provision of the subject seeds constitutes a change in position to its detriment as a result of Defendant's promise and agreement to pay Plaintiff for the subject seeds.

20. Defendant accepted Plaintiff's provision of the subject seeds with appreciation or knowledge of same, and of the benefit being conferred upon Defendant.

21. Defendant's acceptance of the subject seeds and said benefit has occurred under circumstances in which such acceptance is not equitable without payment of their value.

22. Defendant is responsible for paying the reasonable worth of the benefits conferred upon Defendant by Plaintiff, including the $131,024.38 amount owed to Plaintiff, plus additional prejudgment interest, any postjudgment interest, attorney fees, and costs, as well as any consequential damages proven at trial.

## Third Claim for Relief – Recovery of Money

23. Plaintiff incorporates the foregoing allegations, as if fully set forth here, by this reference.

24. Defendant is indebted to Plaintiff in the amount of $131,024.38, as of January 31, 2017. Plaintiff has demanded payment, but Defendant has failed and refused to make payment.

25.     Defendant is entitled to recover the $131,024.38 amount owed to Plaintiff, plus additional prejudgment interest, any postjudgment interest, attorney fees, and costs, as well as any consequential damages proven at trial.

**WHEREFORE**, Plaintiff requests that this Court grant Plaintiff's requests herein and enter a judgment in Plaintiff's favor and against Defendant upon all claims, and award to Plaintiff all damages and relief claimed herein, including:

A.  Compensatory damages in the amount of $131,024.38, plus any additional actual, compensatory, consequential, or other damages proven at trial;

B.  Costs of this action;

C.  Reasonable attorney fees, whether as damages Plaintiff has incurred in this action, or to the fullest extent permitted by law or contract;

D.  Pre-judgment and post-judgment interest on any award of damages to the extent permitted by law;

E.  And such other relief as the Court deems just and proper.

<u>Jury Demand</u>

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

DATED: February 8, 2017.

          Respectfully submitted,

          /s/ Joseph B. Bain
          _____
          Joseph B. Bain, #46088
          Cure & Bain, P.C.
          ATTORNEY FOR PLAINTIFF

<u>Plaintiff's Address:</u>
47500 U.S. Highway 24
Burlington, CO 80807