IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.     17-cv-00794-WYD-STV

Eastern Colorado Seeds, LLC,

    Plaintiff,

v.

Milestone Seed, Inc.,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties Stipulation of Dismissal with Prejudice (ECF No. 22), filed June 12, 2017, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). After a review of the file and in accordance with the parties' Stipulation, it is hereby

ORDERED that all claims asserted by Plaintiff Eastern Colorado Seeds, LLC, against Defendant Milestone Seed, Inc., are **DISMISSED WITH PREJUDICE,** and each party to bear his or its own costs and expenses, including attorneys fees.   Because the Stipulation resolves all remaining claims in this case, the Clerk of the Court is directed to close the case.

1

Dated: June 13, 2017.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE